UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 22-5020 AB (KS)                                          Date: August 8, 2022

Title    *Shaun Jones v. J. Williams et al.*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff: n/a          Attorneys Present for Defendant: n/a

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On July 19, 2022, Plaintiff, a California inmate proceeding *pro se*, filed a civil rights complaint under 42 U.S.C. § 1983 (the "Complaint"). (Dkt. No. 1.) The Complaint sues three correctional officials at the facility where Plaintiff was previously housed (California State Prison – Los Angeles County) for various acts inhibiting his right to exercise his religion, and for retaliation. (*Id.* at 3, 5-8.)

On July 21, 2022, the Court notified Plaintiff that Plaintiff had failed to pay the filing fee and had not filed a request to proceed *in forma pauperis* ("IFP"). (Dkt. No. 2.) Two weeks have now passed since Plaintiff filed the Complaint and Plaintiff has still not paid the filing fee, requested IFP status, or responded to the Court's notification. Accordingly, **IT IS HEREBY ORDERED that Plaintiff shall show cause, no later than August 22, 2022, why the action should not be dismissed.**

To that end, the Clerk is directed to send Plaintiff a copy of the Central District's civil rights complaint form (CV-66) and a copy of the Central District's form Request to Proceed In Forma Pauperis with Declaration in Support (CV-60). **To discharge this Order and proceed with his case, Plaintiff must either: (1) pay the $400 filing fee in full; or (2) file the completed forms, and the necessary documentation, with the Court on or before the August 22, 2022 deadline.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   CV 22-5020 AB (KS)                                        Date: August 8, 2022

Title   <u>Shaun Jones v. J. Williams et al.</u>

    **Plaintiff's failure to timely comply with this Order will result in a recommendation of dismissal of this case.**

    **IT IS SO ORDERED**.

                                                                     **Initials of Preparer**   gr